UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHERELL JOHNSON,**<br><br>Plaintiff,<br><br>vs.<br><br>**ACCOUNTS RECEIVABLE MANAGEMENT, INC.; and DOES 1 through 10, inclusive,**<br><br>Defendant. | **Case No.: 13-cv-06679-NJB-ALC** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41a(1), Plaintiff, SHERELL JOHNSON, by and through her attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED: March 12, 2014          RESPECTFULLY SUBMITTED,

By: /s/ Nicholas M. Graphia
Nicholas M. Graphia (SBN 33159)
Law Office of Nicholas M. Graphia, LLC
767 Florence Street
Baton Rouge, LA 70806
Tel: (225) 366-8618
Fax: (888) 909-6892
ngraphia@nmglegal.com
*ATTORNEYS FOR PLAINTIFF*

1

## CERTIFICATE OF SERVICE

I certify that a copy of this document was mailed or electronically delivered to the persons listed below:

ACCOUNTS RECEIVABLE MANAGEMENT, INC.
Amber Tami, Esq.
In House Counsel
155 Mid Atlantic Parkway
Thorofare, New Jersey 08086
atamir@arm1.com

By: /s/ Nicholas M. Graphia
Nicholas M. Graphia